IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TINA M. ALEXANDER<br>and CRAWFORD COUNTY<br>DEPARTMENT OF SOCIAL SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>TAMAR D. DIAMOND, DDS,<br>SCENIC BLUFFS HEALTH CENTER, INC.,<br>and ABC INSURANCE COMPANY,<br><br>Defendants. | Case No. 12-cv-101 |

## ORDER

The Court, having been fully apprised that the Attorney General's designee has certified that the individual defendants Tamar D. Diamond, DDS, and Scenic Bluffs Health Center, Inc., were acting within the scope of their employment as deemed employees of the United States at the time of the incident giving rise to this suit, and the Court having been apprised of the substitution of the United States pursuant to the Federally Supported Health Centers Act of 1992 (Pub. L. 102-501) and 42 U.S.C. § 233(a)-(c), and the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 6 (Pub. L. No. 100-694, 102 Stat. 4563) and 28 U.S.C. § 2679(d)(2),

IT IS HEREBY ORDERED that pursuant to the provisions of 28 U.S.C. § 2679(b) and § 2679(d)(2), the state law claims set forth in the complaint are dismissed with respect to the individual defendants Tamar D. Diamond, DDS, and Scenic Bluffs Health

Center, Inc., on the ground that the exclusive remedy for these claims is an action against the United States and because the United States has been substituted as the sole defendant on those claims.

IT IS FURTHER ORDERED that the caption of this action shall be amended to reflect the substitution of the United States as the sole defendant.

Dated this ~~February~~ March ~~//~~ day of ~~February~~ March, 2012.

_____
UNITED STATES DISTRICT JUDGE